# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CARL DAVID MCBRIDE,                          :
                                             :
           Plaintiff,                        :
                                             :
                                             : FILE NO.: _____
v.                                           : NOTICE OF REMOVAL
                                             : OF REMOVAL OF CIVIL
PATRICK LABAT, individually,                 : ACTION UNDER 28 U.S.C.
JOHN JACKSON, individually;                  : §§ 1441 (a) & 1443
CATHELENE "TINA" ROBINSON,                   :
individually; CHYVAUN FERGUSON,              :(FEDERAL QUESTION JURISDICTION)
individually; DEXTER DOUGLAS,                :
individually; EMANI HUNTER, individually;    : (Removed from the State Court of
MARY CONKLIN, individually, OMOBOLA          :  the State of Georgia, County of
ADEPOJU, individually; SHANELL YOUNG,        :  DeKalb, File No. 24A03377)
individually; SONYA LYMON, individually;     :
TRACY AARON, individually; BYRON             :
LECOUNTE, individually; DERRICK              : JURY TRIAL DEMANDED
SINGLETON, individually; ADAM LEE III,       :
individually; JEFFREY MOFFETT, individually; :
DEXTER JENKINS, individually; ADRIENNE       :
CHRISTOPHER a/k/a ADRIANA                    :
CHRISTOPHER, individually; LUCINDA           :
STROZIER, individually; JAMARL JOHNSON,      :
individually; YOLANDA WINFREY,               :
individually; MAURICE ARNOLD, individually;  :
LURA BAXTER, individually; TYNA TAYLOR,      :
individually; TERRI GLANTON, individually;   :
and YASHI YOUMANS, individually              :
                                             :
           Defendants.                       :

**<u>DEFENDANTS' NOTICE OF REMOVAL TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA:</u>**

**PLEASE TAKE NOTICE** that Patrick Labat, John Jackson, Cathelene Robinson, Chyvaun Ferguson, Dexter Douglas, Mary Conklin, Omobola Adepoju, Shanell Young, Sonya Lymon, Tracy Aaron, Byron LeCounte, Derrick Singleton, Jeffrey Moffett, Adriana Christopher, Lucinda Strozier, Jamarl Johnson, Yolanda Winfrey, Maurice Arnold, Lura Baxter, Tyna Taylor, Terri Glanton, and Adam Lee III (collectively "Defendants") remove the above-captioned action to this Court from the State Court of the State of Georgia, County of Dekalb (File No. 24A03377) (hereinafter "State Action"). Defendants have complied with the statutory requirements for removal under 28 U.S.C. §§ 1441, 1443, and 1446, and this Court has federal question and supplemental jurisdiction over this action pursuant to 28 U.S.C.§ §1331 and 1367. Reserving any and all rights, objections, defenses, immunities, and exceptions, to the extent required, Defendants respectfully show the following grounds for removal:

Removal is based on original jurisdiction over cases arising under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C. § 1331 because Plaintiff has alleged violations of his civil rights under 42 U.S.C. § 1983 and based on its supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the

same case or controversy under Article III of the United States Constitution" pursuant to 28 U.S.C. § 1367(a). In support of this Notice, Defendants state the following:

### I.  PROCEDURAL REQUIREMENTS

1.  The State Action was commenced by the Plaintiff filing a lawsuit in Georgia State Court, Dekalb County, on June 7, 2024. A copy of the Plaintiff's Complaint is attached at "Exhibit A." As required by 28 U.S.C. § 1446(a) copies of all other process, pleadings, and items served on all of the Defendants from the State Action are attached at "Exhibit B" respectively. This is a civil action alleging the violation of Plaintiff's civil rights under 42 U.S.C. § 1983 against the Defendants.

2.  This Notice is timely, as it is filed within one year of the State Action's commencement on June 7, 2024, and within 30 days of receipt of Plaintiff's Complaint, which was served, at the earliest, on one of the Defendants on July 2, 2024. *See* 28 U.S.C. § 1446(b)(1).

3.  The State Action is properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as that is the "district and division embracing the place where [the State Action] is pending." *See* 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 90(a)(2) (listing Dekalb County within the Atlanta Division of the Northern District of Georgia).

4.  As required by 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the clerk of the Georgia State Court, Dekalb County, and will serve a copy on the other parties to the State Action.

## II.   BACKGROUND

5.  Plaintiff alleges that he was incarcerated in the Fulton County Jail beginning June 12, 2021. (Complaint, ¶ 274).

6.  Plaintiff alleges that on March 2, 2022 a Fulton County Superior Court Judge dismissed all charges against him. (Complaint, ¶ 275).

7.  Plaintiff alleges that the dismissal order was entered on March 2, 2022 and stated that the Plaintiff be released from the Fulton County Jail instanter. (Complaint ¶¶ 277, and 283).

8.  Plaintiff alleges that despite his entitlement to immediate release on March 2, 2022, he remained confined by through July 27, 2022. (Complaint ¶ 287).

9.  Plaintiff alleges that his action is one under 42 U.S.C. § 1983 and Georgia state law arising from events and circumstances leading to the illegal detention of the Plaintiff. (Complaint ¶¶ 293 – 405).

10. Plaintiff alleges that Defendant Labat and Defendant Jackson had a non-delegable duty to establish policies to ensure that persons committed to Fulton County jail did not suffer violations of rights afforded to them by the United

States Constitution, including the Fourteenth Amendment. (Complaint ¶¶ 326 and 340).

11. Plaintiff alleges four purported causes of action arising from the Complaint allegations: Fourteenth Amendment violations against Defendant Labat and Defendant Jackson; *Monell* Liability for failure to train/supervise against Defendant Robinson, Defendant Ferguson and Defendant Lanier; Liability for Misconduct of Jailers against Defendants Labat, Jackson, LeCounte, Singleton, Lee, Moffett, Jenkins, Christopher, Strozier, Johnson, Winfrey, Arnold, Baxter, Taylor, Glanton and Youmans; and State Law False Imprisonment (O.C.G.A § 51-7-20) against all Defendants.

### III.  GROUNDS FOR REMOVAL

12.  This Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1343 (3). This Court also has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the dispute arises under the Constitution, laws, or treaties of the United States, as Plaintiff has alleged violations of his civil rights under 42 U.S.C. § 1983. Further, this Court also has supplemental jurisdiction over the state law claims because they involve the same case or controversy as the Section 1983 claims.

**A.      The Section 1983 claims fall within the Court's federal questions jurisdiction.**

13. This Court has original, subject matter jurisdiction over Plaintiff's Section 1983 claims. *See McNiece v. Town of Yankeetown*, 817 F. App'x 842 (11th Cir. 2020) ("Federal courts have jurisdiction to entertain actions that concern a federal question, 28 U.S.C. § 1331, like McNiece's complaint, which sought relief under the Constitution, 42 U.S.C. § 1983.").

**B.      The state-law claims are part of the same case or controversy such that this Court can exercise its supplemental jurisdiction.**

14. Plaintiff's claims arise from the same alleged over confinement or purported breach of duties that led to the alleged failure to release the Plaintiff in accordance with the dismissal of the Plaintiff's criminal action and order for instanter release.

15. The state law and Section 1983 claims will involve the same witnesses (jailors and court clerk employees), the presentation of the same evidence (purported prior actions that allegedly gave rise to knowledge or inaction of clerk and jailors), and determination of the same or similar facts (whether jailors had a duty to obtain records directly from the court that would put them on notice of the court's dismissal and whether the jailors were aware of this duty; whether all defendants committed the crime of state law false imprisonment under O.C.G.A. § 51-7-20; whether the jailors are liable for misconduct of jailors

under O.C.G.A. § 15-16-24; whether Defendants Labat and Jackson violated the Plaintiff's Fourteenth Amendment rights; and whether Defendants Robinson, Ferguson and Lanier failed to train/supervise court staff to ensure transmittal of court orders to the Fulton County Jail/jailors). *See Palmer v. Hosp. Auth. of Randolph Cnty.*, 22 F.3d 1559, 1563-64 (11th Cir. 1994) (explaining the analysis for the application of supplemental jurisdiction).

16. Although Defendants deny the allegations within the Plaintiff's complaint and specifically deny that the Plaintiff is entitled to relief in the various forms sought, his suit should still be removed to federal court.

## IV.    RESERVATION OF RIGHTS

14. By filing this Notice of Removal and the associated attachments, Defendants do not waive any objections they may have as to service, jurisdiction, or venue, or any other claims, defenses, or objections that are or may be available to them in this action. Furthermore, Defendants intend no admission of fact, law, or liability by this Notice, and they expressly reserve all defenses, motions, and pleas.

## V.    CONCLUSION

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1443, and 1446, Defendants hereby remove this action from the State Court of Dekalb County, Georgia, to the United States District Court for the Northern District of Georgia,

Atlanta Division.

This 1st day of August, 2024.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Kaye Woodard Burwell
Chief Deputy County Counsel
Georgia Bar No.: 775060
Kaye.burwell@fultoncountyga.gov

***/s/ Sandy Milord***
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No.: 622392
Sandy.milord@fultoncountyga.gov

Richard Caplan
Senior Assistant County Counsel
Georgia Bar No.: 597634
Richard.caplan@fultoncountyga.gov

**Attorneys for Patrick Labat, John Jackson, Cathelene Robinson, Chyvaun Ferguson, Dexter Douglas, Mary Conklin, Omobola Adepoju, Shanell Young, Sonya Lymon, Tracy Aaron, Byron LeCounte, Derrick Singleton, Jeffrey Moffett, Adriana Christopher, Lucinda Strozier, Jamarl Johnson, Yolanda Winfrey, Maurice Arnold, Lura Baxter, Tyna Taylor, and Terri Glanton**

141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0243

JAMES E. DEARING JR. PC

*/s/James Dearing*
James Dearing
Georgia Bar No.: 173835

**Counsel for Defendant Adam Lee, III**

1596 W. Cleveland Avenue, Suite 102
Atlanta, GA 30344
Telephone: 404-870-0010
Telefax: 404-870-0008
Email: jdearing@jed-law.com
Email: sthomas@jed-law.com

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing

filing complies with the applicable font and size requirements and is formatted in

Times New Roman, 14-point font.

This 1st day of August, 2024.

***/s/ Sandy Milord***
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No.: 622392
Sandy.milord@fultoncountyga.gov

**OFFICE OF THE FULTON
COUNTY ATTORNEY**
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0243

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court via CM/ECF and by electronic and/or US mail to the following attorneys of record:

**Hall & Lampros, LLP**
Andrew Lampros
Georgia Bar No. 432328
Ligia-Ioana Mensah
Georgia Bar No. 184438
300 Galleria Parkway SE, Suite 300
Atlanta, GA 30339
*Counsel for Plaintiff Calvin David McBride*

JAMES E. DEARING JR. PC
James Dearing
Georgia Bar No.: 173835
1596 W. Cleveland Avenue, Suite 102
Atlanta, GA 30344
Telephone: 404-870-0010
Telefax: 404-870-0008
Email: jdearing@jed-law.com
Email: sthomas@jed-law.com
*Counsel for Defendant Adam Lee, III*

This 1st day of August, 2024.

*/s/ Sandy Milord*
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No.: 622392
Sandy.milord@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0243