IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARL DAVID MCBRIDE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action File |
| | : | No. 1:24-CV-03428-MLB |
| vs. | : | |
| | : | |
| PATRICK LABAT, individually; et al; | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT

Plaintiff, by and through counsel, informs the Court that the parties have reached a compromised settlement of this matter. The release and other finalizing documents are being drafted/circulated and a stipulation of dismissal will be forthcoming upon full funding of the settlement.

Dated: June 23, 2025.

                                                     **HALL & LAMPROS, LLP**

                                                   /s/ Andrew Lampros
                                                      Andrew Lampros
                                                      Georgia Bar No. 432328

300 Galleria Parkway SE
Suite 300
Atlanta, GA 30309
Phone: (404) 876-8100
Fax: (404) 876-3477
alampros@hallandlampros.com

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on June 23, 2025, I electronically filed the foregoing NOTICE OF SETTLEMENT using the Court's PACER portal which automatically sends a true and correct copy to all counsel of record.

Dated: June 23, 2025.

**HALL & LAMPROS, LLP**

/s/ Andrew Lampros
   Andrew Lampros
